**Woodrow ANDERSON, Appellant,**

v.

**James PURKETT, Superintendent, ERDCC; Terry Bishop, RN; Deborah Carter, RN, Defendants,**

**CMS; Charles Chastain, Doctor; Donna Adams, RN; Tina Hayes, RN; Tymber Spray, RN, Director of Nursing, Appellees.**

No. 08–2863.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 21, 2009.

Filed: Nov. 9, 2009.

Woodrow Anderson, Farmington, MO, pro se.

Warden–Mo, Farmington, MO, for Appellant.

Peter J. Dunne, Jessica L. Liss, Rabbitt & Pitzer, St. Louis, MO, John J. Treu, Assistant General Counsel, Correctional Medical Services, Jefferson City, MO, for Appellees.

Before MURPHY, COLLOTON and SHEPHERD, Circuit Judges.

PER CURIAM.

Missouri inmate Woodrow Anderson appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, *see Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir.2006) (standard of review), we conclude that summary judgment was properly granted and that the district court did not err in denying Anderson's discovery motions and his motions for appointment of counsel. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.